IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER D. HALES,<br><br>　　　　　　Defendant. | ORDER TO AMEND/CORRECT ORDER OF RESTITUTION<br><br><br>Case No. 2:10-CR-183 TS<br><br>District Judge Ted Stewart |

　　　　As part of the Judgment, Defendant was ordered to pay restitution in the amount of $700,000 to Elwood Nielsen. Mr. Nielsen has since passed away and the Court has received a request from Lynn Nielsen, Mr. Nielsen's widow and the representative of his estate, requesting that further restitution payments be directed to her. Pursuant to 18 U.S.C. § 3663(a)(2), the Court will grant Mrs. Nielsen's request and directs the Clerk of Court to send future restitution payments to her.

　　　　SO ORDERED.

　　　　DATED this 4th day of April, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Ted Stewart
　　　　　　　　　　　　　　　　　　United States District Judge