AO 442

# United States District Court

for the

District of Utah

FILED
U.S. DISTRICT COURT
2019 OCT -4 P 2:57
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

**Christopher D. Hales**

Case No: 2:10-CR-00183-001-TS

## ARREST WARRANT   ORIGINAL

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **CHRISTOPHER D. HALES**,
who is accused of an offense or violation based on the following document filed with the court:

- [ ] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [X] Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violation of Supervised Release**

in violation of _____   United States Code.

D. Mark Jones
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

By:   Jeff Taylor
      Deputy Court Clerk

Clerk of Court
Title of Issuing Officer

October 3, 2019 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-3-19 | Vaughters DUSM | _[signature]_ |
| DATE OF ARREST 10-3-19 | | |